IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NAREE ABDULLAH | : | Case No. 4:13-cv-1972 |
| Plaintiff | : | |
| | : | (Judge Brann) |
| v. | : | |
| | : | |
| KLOPOTOWSKI, *et al.*, | : | (Magistrate Judge Blewitt) |
| Defendants. | : | |

**ORDER**

June 10, 2014

Before the Court are Magistrate Judge Thomas M. Blewitt's Report and Recommendation regarding the Plaintiffs' Amended Complaint (ECF No. 29), Plaintiff Naree Abdullah's Motions to Appoint Counsel (ECF No. 18, 28), and Plaintiff Abdullah's Amended Complaint (ECF No. 27).

The undersigned has given full and independent consideration to the May 14, 2014 Report and Recommendation of Magistrate Judge Blewitt (ECF No. 29). The Plaintiff has not filed timely objections, which were due June 2, 2014.

Because the Court agrees with Magistrate Judge Blewitt's analysis, the Court will not rehash the reasoning of the Magistrate Judge and will adopt the report and recommendation in its entirety.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. Magistrate Judge Blewitt's Report and Recommendation is ADOPTED in its entirety (ECF No. 29).

2. Both Counts of Plaintiff's Amended Complaint are DISMISSED with prejudice (ECF No. 27)

3. Plaintiff's Motions to Appoint Counsel are DENIED (ECF Nos. 18, 28).

4. The Clerk is directed to close the case file.

                    BY THE COURT:

                    s/Matthew W. Brann
                    Matthew W. Brann
                    United States District Judge